**Raymond M. MEDELLIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40492.**

Missouri Court of Appeals,
Western District.

Nov. 1, 1988.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 27, 1988.

Joseph J. Locascio, Sp. Public Defender; Kimberly K. Kellogg, Asst. Sp. Public Defender, Kansas City, Mo., for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and
LOWENSTEIN and FENNER, JJ.

**ORDER**

PER CURIAM:

Appeal from denial of Rule 27.26 motion for postconviction relief.

Affirmed. Rule 84.16(b).